

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00368-CR

Preston Dewayne **VANNOY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-15-0780
Honorable Brenda Chapman, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to December 4, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:     Christopher M. Eaton            Susan Lee Schoon
        Assistant County Attorney       Schoon Law Firm, P.C.
        211 W. Court Street, 3rd Floor  200 N. Seguin Avenue
        Seguin, TX 78155                New Braunfels, TX 78130-4456